# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARCO MIGUEL ROBERTSON,

    Petitioner,

v.

WARDEN J.E. THOMAS,

    Respondent.

CIVIL ACTION NO. 3:CV-14-309

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 8th day of April, 2014, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report & Recommendation (Doc. 6) is **ADOPTED in its entirety**.

(2)     The Petition is **DENIED** to the extent that its requests the Court to regulate the conditions of Petitioner's current confinement and seeks a transfer to another facility.

(3)     The Petition **shall be served** upon Maryland state parole officials who **shall respond** to Petitioner's claim that he has been unconstitutionally denied state parole.

(4)     The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge