# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCO MIGUEL ROBERTSON, | |
| Plaintiff, | NO. 3:14-CV-00309 |
| v. | (JUDGE CAPUTO) |
| DOC of MD., COMMISSIONER, | (MAGISTRATE JUDGE CARLSON) |
| Defendant. | |

## ORDER

**NOW**, this 2nd day of September, 2016, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 14) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 14) is **ADOPTED in its entirety**.

(2) Defendant's Motion to Transfer (Doc. 12) is **GRANTED**.

(3) The Clerk of Court is directed to transfer the case to the United States District Court for the District of Maryland.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge